# KOCH & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

DAVID O. KOCH

5947 WEST 35TH STREET
CICERO, ILLINOIS 60804

TELEPHONE (312) 445-9398
FACSIMILE (866) 358-8351

April 27, 2012

Bolivar Uñarte
3228 West Belle Plaine Avenue
Chicago, Illinois 60618

Re: 2009 CH 19116

Although we have contacted you about the outstanding balance on your account, we still have not heard from you. You have an outstanding balance of $325.00, we need for you to make a full payment within 10 days.

If you have already sent payment in full, we ask that you call and let us know.

Thank you for your prompt attention to this matter.

Hemos tratado de comunicarnos con usted, tiene un balance de $325.00. Hasta hoy día no se ha recibido su pago. Necesita pagar el total de su cuenta dentro los próximos 10 días.

Si usted ha pagado su cuenta por favor comuníquese a la oficina. Muchas gracias por su atención.

Sincerely,

*David Koch*

David Koch/vr

# Foreclosure Defense Joint Venture (Koch portion)

5947 W. 35th St
Cicero, IL 60804
Phone #   (708) 656-9900
Fax #   (866) 358-8351

**Invoice/Factura**

Bolivar Uriarte
3228 West Belle Plaine Avenue
Chicago, Illinois 60618

| Account # | 2009 CH 09116 | Due Date/ Fecha de Vencimiento: | 5/4/2012 |
|---|---|---|---|
| Description/Descripcion | | | Amount/Cantidad |
| Foreclosure Defense Monthly Fee (Cuota Mensual) | | | 300.00 |

Facturas no pagadas 7 dias despues de la fecha de vencimiento, tendran un recargo de $25.
Gracias

| | |
|---|---|
| **Total** | $300.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $300.00 |

# Foreclosure Defense Joint Venture (Koch portion)

5947 W. 35th St
Cicero, IL 60804
Phone # (708) 656-9900
Fax # (866) 358-8351

**Invoice/Factura**

Bolivar Uriarte
3228 West Belle Plaine Avenue
Chicago, Illinois 60618

| Account # | 2009 CH 09116 | Due Date/ Fecha de Vencimiento: | 4/6/2012 |
|---|---|---|---|
| | Description/Descripcion | | Amount/Cantidad |
| | Foreclosure Defense Monthly Fee (Cuota Mensual) | | 300.00 |
| | Late Charge $25 | | 25.00 |

**PAST DUE**

Gracias
Facturas no pagadas 7 dias despues de la fecha de vencimiento, tendran un recargo de $25.

| | | |
|---|---|---|
| Total | | $325.00 |
| Payments/Credits | | $0.00 |
| **Balance Due** | | $325.00 |